# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**Lora D. Burchfield**                                                                                                   **Plaintiff**

**v.**                               **No. 5:14-CV–059-SWW**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                                                   **Defendant**

## ORDER ACCEPTING RECOMMENDED DISPOSITION

After reviewing the recommended disposition filed in this case, the court finds that no party has objected.  The court ACCEPTS the recommended disposition and DENIES Lora D. Burchfield's request for relief (docket entry # 2).  The court will enter judgment affirming the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

So ordered this 8th day of January 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE