IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**Lora D. Burchfield**                                                                                              **Plaintiff**

**v.**                              **No. 5:14-CV–059-SWW**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                                       **Defendant**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 8th day of January 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE